UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN HAROLD JACKSON                                                                           PLAINTIFF
ADC #116602

V.                                        No. 3:19CV00360-JM

GREENE COUNTY DETENTION CENTER                                                      DEFENDANT

## ORDER

For good cause shown, plaintiff Steven Harold Jackson's motion for voluntary dismissal [Doc. 6] is granted, and this case is dismissed without prejudice. His motion for leave to proceed *in forma pauperis* [Doc. 8] is denied as moot. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 20th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE