# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

STEVEN HAROLD JACKSON                                                                    PLAINTIFF
ADC #116602

V.                                              No. 3:19CV00360-JM

GREENE COUNTY DETENTION CENTER                                                DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, this case is voluntarily dismissed without prejudice.

Dated this 20th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE